| | | |
|---|---|---|
| 21616 | Althouse v. Ng | Affirmed |

**December 28, 1998**

| | | |
|---|---|---|
| 21464 | AIG Hawaii Ins. Co. v. Lucas | Affirmed |

**January 14, 1999**

| | | |
|---|---|---|
| 21544 | State v. Schweit | Affirmed |

**January 15, 1999**

| | | |
|---|---|---|
| 21601 | State Farm Mut. Auto. Ins. Co. v. Lorenzo | Affirmed |

**January 21, 1999**

| | | |
|---|---|---|
| 20869, 21171 | State v. Fo | Affirmed |